IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-086-LJO-SKO |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| SAWTANTRA CHOPRA, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on April 19, 2018 be unsealed and become public record.

DATED: April 26, 2018

HON. ERICA P. GROJEAN
U.S. MAGISTRATE JUDGE



FILED
APR 26 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK