**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
SAWTANTRA CHOPRA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00086-LJO-SKO |
| Plaintiff, | ***AMENDED* STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| SAWTANTRA CHOPRA, | Date: **August 20, 2018**<br>Time: **1:00 p.m.**<br>Courtroom: **7** |
| Defendant. | |

**TO: THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Conference on August 20, 2018, at 1:00 p.m.

2. By this stipulation, Defendant now moves to continue the Status Conference to **October 1, 2018, at 1:00 p.m.**

3. The parties agree and stipulate, and request that the Court find the following:

   a. This status conference was set by previous counsel Kirk McAllister.

   b. Defense Counsels Michael Chaney and Tony Capozzi both have conflicts and cannot attend the hearing.

1         c.     The government does not oppose a continuance.

2         d.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 20, 2018, to October 1, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        Respectfully submitted,

DATED:    August 2, 2018         By:  */s/Michael G. Tierney*
                                               MICHAEL G. TIERNEY
                                               Assistant United States Attorney

DATED:    August 2, 2018         By:  */s/Anthony P. Capozzi*
                                               ANTHONY P. CAPOZZI
                                             Attorney for Defendant SAWTANTRA CHOPRA

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from August 20, 2018, to and including October 1, 2018, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Status Conference currently scheduled for August 20, 2018, at 1:00 p.m. is continued to **October 1, 2018, at 1:00 p.m.**

IT IS SO ORDERED.

Dated: **August 6, 2018**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE