| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | VINCENZA RABENN |
|   | MICHAEL G. TIERNEY |
| 3 | Assistant United States Attorney |
|   | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, Ca 93721 |
|   | Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | United States of America |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:18-CR-00086-LJO-SKO |
| Plaintiff, | |
| | ***AMENDED* STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION** |
| v. | |
| SAWTANTRA CHOPRA, | |
| Defendant. | |

WHEREAS, the discovery in this case contains private personal information regarding third parties (both adults and minors), including but not limited to their names, dates of birth, physical descriptions, medical information, telephone numbers and/or residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter:

The parties agree that entry of a stipulated protective order is therefore appropriate.

1

THEREFORE, defendant SAWTANTRA CHOPRA, by and through his counsel of record, Michael D. Chaney and Anthony P. Capozzi ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Michael G. Tierney, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel and Defendant, Sawtantra Chopra, as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel and Defendant, Sawtantra Chopra, agrees not to share any documents that contain Protected Information with anyone other than Defendant, Defense Counsel's attorneys, designated defense investigators, designated defense experts, and support staff.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defendant and Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case, except as authorized by further order of the Court.

5. Defendant and Defense Counsel shall store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///
///
///
///
///
///

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: October 2, 2018   By:   /s/ Anthony P. Cappozi
                               Anthony P. Capozzi
                               Attorney for Defendant
                               SAWTANTRA CHOPRA

Dated: October 2, 2018   By:   /s/ Michael D. Chaney
                               Michael D. Chaney
                               Attorney for Defendant
                               SAWTANTRA CHOPRA

Dated: October 2, 2018         MCGREGOR W. SCOTT
                               United States Attorney

                         By:   /s/ Michael G. Tierney
                               Michael G. Tierney
                               Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

Dated: **October 3, 2018**              /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE