**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
SAWTANTRA CHOPRA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00086-LJO-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY CONDTIONS OF RELEASE** |
| SAWTANTRA CHOPRA, | |
| Defendant. | |

**TO: THE HONORABLE JUDGE OF THE EASTERN DISTRICT OF CALIFORNIA:**

It is hereby stipulated between the Defendant, Sawtantra Chopra, by and through his attorneys of record, Anthony P. Capozzi and Michael D. Chaney, and the Government, by and through Assistant United States Attorney Michael G. Tierney as follows:

The Defendant's travel is restricted to the Eastern District of California and the Northern District of California.

All other conditions of release are to remain in full force and effect.

///
///
///
///

Respectfully submitted,

DATED: December 4, 2018  By: */s/Michael G. Tierney*
MICHAEL G. TIERNEY
Assistant United States Attorney

DATED: December 4, 2018  By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant SAWTANTRA CHOPRA

DATED: December 4, 2018  By: */s/Michael D. Chaney*
MICHAEL D. CHANEY
Attorney for Defendant SAWTANTRA CHOPRA

## **ORDER**

It is hereby ordered that the Defendant's travel is restricted to the Northern and Eastern Districts of California.

IT IS SO ORDERED.

Dated: **December 5, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE