ANTHONY P. CAPOZZI, CSBN: 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
SAWTANTRA CHOPRA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAWTANTRA CHOPRA,<br><br>    Defendant. | Case No.: 1:18-CR-00086-LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: **February 19, 2019**<br>Time: **1:00 p.m.**<br>Courtroom: **7** |

**TO:  THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Conference on February 19, 2019, at 1:00 p.m.

2. By this stipulation, Defendant now moves to continue the Status Conference to **April 29, 2019, at 1:00 p.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a. The Defendant's attorneys are working on a resolution of this case which entails an analysis of numerous medical records, audio records and videos.

    b. Additional time is needed in order to review the medical records and

videos.

  c. The government does not oppose a continuance.

  d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 19, 2019, to April 29, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

DATED: February 8, 2019  By: */s/Michael G. Tierney*
  MICHAEL G. TIERNEY
  Assistant United States Attorney

DATED: February 8, 2019  By: */s/Anthony P. Capozzi*
  ANTHONY P. CAPOZZI
  Attorney for Defendant SAWTANTRA CHOPRA

DATED: February 8, 2019  By: */s/Michael D. Chaney*
  MICHAEL D. CHANEY
  Attorney for Defendant SAWTANTRA CHOPRA

**ORDER**

After careful review of the most recent stipulation to continue status conference filed in this case, as well as the entire procedural history of this case, the parties' request to continue the status conference is DENIED.

The Court has serious concerns about the lack of progress toward a resolution of this case, and notes that this defendant was indicted and the case was filed on April 19, 2018—almost ten months ago. The parties shall appear at the status conference set for February 19, 2019, and are to be prepared to select a mutually agreeable trial date that allows sufficient time to review the medical records and attempt to resolve the case, if they wish to do so.

IT IS SO ORDERED.

Dated: **February 11, 2019** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE