1  **ANTHONY P. CAPOZZI, CSBN: 068525**
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. SHAW AVE., SUITE 102
   FRESNO, CALIFORNIA 93711
3  PHONE: (559) 221-0200
   FAX: (559) 221-7997
4  EMAIL: Anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5

6  ATTORNEY FOR Defendant,
   SAWTANTRA CHOPRA
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00086-LJO-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING COMPETENCY STATUS** |
| SAWTANTRA CHOPRA, | |
| Defendant. | |

Pursuant to 18 U.S.C. § 4241(d) the United States of America, by and through its representatives, Michael Tierney and Vincenza Rabenn, and the Defendant, Sawtantra Chopra, by and through his attorneys of record, Michael Chaney and Anthony P. Capozzi, hereby stipulate that by a preponderance of the evidence Dr. Chopra is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The parties will continue their efforts to find a suitable facility other than a Bureau of Prisons facility can be identified. The parties therefore stipulate that the Court should enter an order:

1) FINDING, by a preponderance of the evidence, that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense;

2) ORDERING pursuant to 18 U.S.C. § 4241(d)(1), Defendant is committed to the custody of the Attorney General on April 3, 2020 for hospitalization in a federal medical center or other suitable facility for a reasonable period not to exceed four months as necessary for treatment and a determination of whether there is a substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future. Absent further order of the Court, the defendant will be committed to the Bureau of Prisons on that date, but will remain on pre-trial release until designation of a specific medical facility.

3) Further ORDERING that the Speedy Trial Act is tolled for the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency as set forth under 18 U.S.C. § 3161(h)(1)(A) and (h)(4).

4) SETTING a further status conference on April 3, 2020, at 8:30 a.m.

Respectfully Submitted,

DATED: January 27, 2020  By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant SAWTANTRA CHOPRA

DATED: January 27, 2020  By: */s/Michael D. Chaney*
MICHAEL D. CHANEY
Attorney for Defendant SAWTANTRA CHOPRA

DATED: January 27, 2020  By: */s/Michael G. Tierney*
MICHAEL G. TIERNEY
Assistant United States Attorney

DATED: January 27, 2020  By: */s/Vincenza Rabenn*
VINCENZA RABENN
Assistant United States Attorney

The Court therefore:

1) FINDS by a preponderance of the evidence, that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense;

2) ORDERS, pursuant to 18 U.S.C. § 4241(d)(1), that:

   a. Defendant is committed to the custody of the Attorney General on April 1, 2020 for hospitalization in a federal medical center or other suitable facility for a reasonable period not to exceed four months as necessary for treatment and a determination of whether there is a substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future. Absent further order of the Court, the defendant will be committed to the Bureau of Prisons on that date, but will remain on pre-trial release until designation of a specific medical facility;

   b. The Speedy Trial Act is tolled for the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency as set forth under 18 U.S.C. § 3161(h)(1)(A) and (h)(4).

3) SETS a further status conference on April 3, 2020, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **January 29, 2020**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE