1   MCGREGOR W. SCOTT
    United States Attorney
2   VINCENZA RABENN
    MICHAEL G. TIERNEY
3   Assistant United States Attorneys
    2500 Tulare Street, Suite 4401
4   Fresno, Ca 93721
    Telephone: (559) 497-4000
5   Facsimile: (559) 497-4099

6

    Attorneys for Plaintiff
7   United States of America

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,            Case No: 1:18-CR-00086-LJO-SKO
12                      Plaintiff,
13
                                         STIPULATION AND PROTECTIVE ORDER
14                                       BETWEEN THE UNITED STATES AND
                     v.                  DEFENDANT REGARDING PRODUCTION OF
15                                       PROTECTED INFORMATION TO UNITED
                                         STATES BUREAU OF PRISONS
16  SAWTANTRA CHOPRA,
17                      Defendant.
18
19

20                          **BACKGROUND**
21
            Pursuant to a stipulation between the parties, in October 2018 Magistrate Judge McAuliffe
22
    entered an Amended Protective Order (Doc. 30) regarding discovery in this mater, which includes
23
    substantial private personal information, including medical information. Doc. 30 at 1. In October 2019,
24
    the parties began exploring the defendant's current competency to stand trial. Doc. 36. The competency
25
    investigation generated additional medical information from both defense and government experts.
26

27

28                                       1

On January 29, 2020, District Judge O'Neill found that the defendant was at that time "presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense." Doc. 42 at 3. Judge O'Neill ordered that the defendant be committed to the custody of the Attorney General for "hospitalization at a federal medical center or other suitable medical facility."

Counsel for the United States has received a request from the Bureau of Prisons (BOP) for medical records and information related to the defendant's competency in order to assist staff in evaluating and treating the defendant.

The parties agree that further amendment of the stipulated protective order is appropriate in order to ensure that the necessary information may be shared with BOP.

THEREFORE, defendant SAWTANTRA CHOPRA, by and through his counsel of record, Michael D. Chaney and Anthony P. Capozzi ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Michael G. Tierney, hereby agree and stipulate as follows:

1.      This Court may modify the existing protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.      The parties are directed to provide medical information generated in the previous competency investigations to BOP evaluators, for use in further evaluation and treatment of the defendant.

///
///
///
///
///
///
///
///
///
///

IT IS SO STIPULATED.

Dated: March 23, 2020

By: /s/ Anthony P. Cappozi
Anthony P. Capozzi
Attorney for Defendant
SAWTANTRA CHOPRA

Dated: March 23, 2020

By: /s/ Michael D. Chaney
Michael D. Chaney
Attorney for Defendant
SAWTANTRA CHOPRA

Dated: March 23, 2020

MCGREGOR W. SCOTT
United States Attorney

By: /s/ Michael G. Tierney
Michael G. Tierney
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  **March 24, 2020**

/s/ Sheila K. Oberto

UNITED STATES MAGISTRATE JUDGE