**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
SAWTANTRA CHOPRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br><br>SAWTANTRA CHOPRA,<br><br>    Defendant. | Case No.: 1:18-CR-00086-NONE-SKO<br><br>**STIPULATION AND ORDER REGARDING COMPETENCY STATUS** |

Pursuant to 18 U.S.C. § 4241(d) the United States of America, by and through its representatives, Michael Tierney and Vincenza Rabenn, and the Defendant, Sawtantra Chopra, by and through his attorneys of record, Michael Chaney and Anthony P. Capozzi, have stipulated that by a preponderance of the evidence Dr. Chopra is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

This court issued General Order 618, supplementing prior orders issued on March 12, 17, 18, 30 and April 17, 2020, addressing COVID-19 and attendant public health advisories.  This court declared a judicial emergency on April 9, 2020, pursuant to 18 U.S.C. § 3174, and the Ninth Circuit Judicial Council's Order of April 16, 2020, continuing this court's judicial emergency for an additional one-year period and suspending the time limits of 18 U.S.C. § 3161(c) until May 2, 2021.

The attorneys for Mr. Chopra are continuing their efforts to find a suitable facility, other than the Bureau of Prisons, for a determination of whether there is a substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future.

Defense counsel Anthony P. Capozzi has recently undergone a major surgical procedure and his recovery period is estimated to take six to eight weeks.  Additionally, California's governor issued a new COVID-19 Regional Stay Home Order on December 3, 2020, which divides the state into five regions. When each region reaches less than 15% ICU availability, sector operations with the exception of critical infrastructure and retail, are to close and all public gatherings of any size are prohibited. The San Joaquin Valley region, which includes Fresno and Stanislaus Counties, is expected to fall below 15% ICU availability within the next week or so.

Based upon the Defendant's age 73, his medical conditions, which include disabling arthritis, a heart attack in August 2010 which required emergency cardiac catheterization resulting in three stents inserted in the major heart blood vessels; presently suffering from uncontrolled diabetic mellitus and uncontrolled hypertension.

Based upon these factors, the parties stipulate that the court should enter an Order:

1) Vacating the Defendant's status conference date of December 11, 2020 and commitment date of January 5, 2021 are vacated and ORDERS pursuant to 18 U.S.C. § 4241(d)(1), Defendant be committed to the custody of the Attorney General on March 22, 2021 for hospitalization in a federal medical center or other suitable facility for a reasonable period not to exceed four months as necessary for treatment and a determination of whether there is a substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future.  Absent further order of the Court, the defendant will be committed to the Bureau of Prisons on that date, but will remain on pre-trial release until designation of a specific medical facility.

2) Further ORDERING that the Speedy Trial Act is tolled for the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency as set forth under 18 U.S.C. § 3161(h)(1)(A) and (h)(4).

3) A further status conference shall be set for February 19, 2021, at 8:30 a.m.

Respectfully Submitted,

DATED: December 4, 2020  By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant SAWTANTRA CHOPRA

DATED: December 4, 2020  By: */s/Michael D. Chaney*
MICHAEL D. CHANEY
Attorney for Defendant SAWTANTRA CHOPRA

DATED: December 4, 2020  By: */s/Michael G. Tierney*
MICHAEL G. TIERNEY
Assistant United States Attorney

DATED: December 4, 2020  By: */s/Vincenza Rabenn*
VINCENZA RABENN
Assistant United States Attorney

**ORDER**

The Court therefore:

1) FINDS by a preponderance of the evidence, that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense;

2) ORDERS, pursuant to 18 U.S.C. § 4241(d)(1), that:

    a. The Commitment of January 5, 2021 is vacated;

    b. Defendant is committed to the custody of the Attorney General on March 22, 2021 for hospitalization in a federal medical center or other suitable facility for a reasonable period not to exceed four months as necessary for treatment and a determination of whether there is a substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future. Absent further order of the Court, the defendant will be committed to the

      Bureau of Prisons on that date, but will remain on pre-trial release until designation of a specific medical facility;

   c. The Speedy Trial Act is tolled for the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency as set forth under 18 U.S.C. § 3161(h)(1)(A) and (h)(4).

 3) SETS a further status conference on February 19, 2021, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **December 4, 2020**      *[signature: Dale A. Drozd]*
             UNITED STATES DISTRICT JUDGE