1  **ANTHONY P. CAPOZZI, CSBN: 068525**
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. SHAW AVE., SUITE 102
   FRESNO, CALIFORNIA 93711
3  PHONE: (559) 221-0200
   FAX: (559) 221-7997
4  EMAIL: Anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5

6  ATTORNEY FOR Defendant,
   SAWTANTRA CHOPRA
7

8                   **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                              * * * * * *

11 | UNITED STATES OF AMERICA,        | Case No.: 1:18-CR-00086-NONE-SKO
12 |           Plaintiff,             |
13 |     v.                           | **STIPULATION AND ORDER**
   |                                  | **REGARDING COMPETENCY STATUS**
14 |                                  |
15 | SAWTANTRA CHOPRA,                |
16 |           Defendant.             |

17

18       Pursuant to 18 U.S.C. § 4241(d) the United States of America, by and through its

19 representatives, Michael Tierney and Vincenza Rabenn, and the Defendant, Sawtantra Chopra,

20 by and through his attorneys of record, Michael Chaney and Anthony P. Capozzi, have stipulated

21 that by a preponderance of the evidence Dr. Chopra is presently suffering from a mental disease

22 or defect rendering him mentally incompetent to the extent that he is unable to understand the

23 nature and consequences of the proceedings against him or to assist properly in his defense.

24       This court issued General Order 618, supplementing prior orders issued on March 12, 17,

25 18, 30 and April 17, 2020, addressing COVID-19 and attendant public health advisories.  This

26 court declared a judicial emergency on April 9, 2020, pursuant to 18 U.S.C. § 3174, and the Ninth

27 Circuit Judicial Council's Order of April 16, 2020, continuing this court's judicial emergency for

28 an additional one-year period and suspending the time limits of 18 U.S.C. § 3161(c) until May

   2, 2021.

1     The attorneys for Mr. Chopra are continuing their efforts to find a suitable facility, other than the Bureau of Prisons, for a determination of whether there is a substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future.

    Based upon the Defendant's age 73, his medical conditions, which include disabling arthritis, a heart attack in August 2010 which required emergency cardiac catheterization resulting in three stents inserted in the major heart blood vessels; presently suffering from uncontrolled diabetic mellitus and uncontrolled hypertension.

    Based upon these factors, the parties stipulate that the court should enter an Order:

1) Vacating the Defendant's status conference date of February 19, 2021 and commitment date of March 22, 2021 and ORDERS pursuant to 18 U.S.C. § 4241(d)(1), Defendant be committed to the custody of the Attorney General on July 26, 2021 for hospitalization in a federal medical center or other suitable facility for a reasonable period not to exceed four months as necessary for treatment and a determination of whether there is a substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future. Absent further order of the Court, the defendant will be committed to the Bureau of Prisons on that date, but will remain on pre-trial release until designation of a specific medical facility.

2) Further ORDERING that the Speedy Trial Act is tolled for the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency as set forth under 18 U.S.C. § 3161(h)(1)(A) and (h)(4).

3) A further status conference shall be set for June 25, 2021, at 8:30 a.m.

Respectfully Submitted,

DATED: February 4, 2021      By: /s/Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant SAWTANTRA CHOPRA

DATED: February 4, 2021      By: /s/Michael D. Chaney
MICHAEL D. CHANEY

|   |   |   |   |
|---|---|---|---|
|   |   |   | Attorney for Defendant SAWTANTRA CHOPRA |

DATED:   February 4, 2021          By:   */s/Michael G. Tierney*
                                          MICHAEL G. TIERNEY
                                          Assistant United States Attorney

DATED:   February 4, 2021          By:   */s/Vincenza Rabenn*
                                          VINCENZA RABENN
                                          Assistant United States Attorney

The Court therefore:

1) FINDS by a preponderance of the evidence, that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense;

2) ORDERS, pursuant to 18 U.S.C. § 4241(d)(1), that:

   a. The Commitment of March 22, 2021 is vacated;

   b. Defendant is committed to the custody of the Attorney General on July 26, 2021 for hospitalization in a federal medical center or other suitable facility for a reasonable period not to exceed four months as necessary for treatment and a determination of whether there is a substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future. Absent further order of the Court, the defendant will be committed to the Bureau of Prisons on that date, but will remain on pre-trial release until designation of a specific medical facility;

   c. The Speedy Trial Act is tolled for the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency as set forth under 18 U.S.C. § 3161(h)(1)(A) and (h)(4).

/////

3
STIPULATION REGARDING COMPETENCY STATUS AND ORDER
CASE NO.: 1:18-CR-00086-NONE-SKO

3) SETS a further status conference on June 25, 2021, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **February 5, 2021**                        /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE