ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www;capozzilawoffices.com

Attorney for Defendant,
SAWTANTRA CHOPRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. <br><br> Plaintiff, <br><br> v. <br><br> SAWTANTRA CHOPRA, <br><br> Defendant. | CASE NO.: 1:18-CR-00086-NONE-SKO <br><br> STIPULATION AND ORDER TO REGARDING COMPETENCY STATUS |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

Pursuant to 18 U.S.C. § 4241 (d) the United States of America, by and through its representatives, Michael Tierney and Vincenza Rabenn, and the Defendant, Sawtantra Chopra by and through his attorneys of record, Michael Chaney and Anthony P. Capozzi, have stipulated that by preponderance of the evidence Dr. Chopra is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

This court issued General Order 618, supplementing prior orders issued on March 12, 17,18, 30 and April 17, 2020, addressing COVID-19 and attendant public health advisories. This court declared a judicial emergency on April 9, 2020, pursuant to 18 US.C. § 3174, and the Ninth Circuit Judicial Council's Order of April 16, 2020, continuing this court's judicial emergency for an additional one-year period and suspending the time limits of 18 U.S.C. § 3161 (c) until May 2, 2021.

It is stipulated among the parties that the status conference set for June 25, 2021, be vacated and the Defendant, Sawtantra Chopra be committed to the custody of the Attorney General of the United States on July 26, 2021, for hospitalization at the Federal Medical Center in Springfield, Missouri.

The parties stipulate that the court should enter an Order:

1) Vacating the Defendant's status conference date of June 25, 2021, and ORDER pursuant to 18 U.S.C. § 4241 (d)(1), Defendant be committed to the custody of the Attorney General on July 26, 2021, for hospitalization in a federal medical center for a reasonable period not to exceed four months as necessary for treatment and determination of whether there is a substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future. Absent further order of the court, the defendant will be committed to the Bureau of Prisons on that date but will remain on pre-trail release until designation of specific medical facility.

2) Further ORDERING that the Speedy Trial Act is tolled for the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency as set forth under 18 U.S.C. § 3161 (h)(1)(A) and (h)(4).

3) A further status conference shall be set for November 29, 2021, at 8:30 a.m.

DATED: June 17, 2021, BY: */s/ Anthony P. Capozzi*

ANTHONY P. CAPOZZI, Attorney for SAWTANTRA CHOPRA

DATED: June 17, 2021, BY: */s/ Michael D. Chaney*

MICHAEL D. CHANEY, Attorney for SAWTANTRA CHOPRA

DATE: June 17, 2021, BY: */s/ Michael G. Tierney*

MICHAEL G. TIERNEY
Assistant United States Attorney

DATE: June 17, 2021, BY: */s/ Vincenza Rabenn*
VINCENZA RABENN
Assistant United States Attorney

The Court therefore:

1) FINDS by a preponderance of the evidence, that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense;

2) ORDERS pursuant to 18 U.S.C. § 3161 (h)(1)(A) and (h)(4), that:

   a. Defendant is committed to the custody of the Attorney General on July 26, 2021, for hospitalization in a federal medical center for a reasonable period not to exceed four months as necessary for treatment and determination of whether there is a substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future. Absent further order of the Court, the defendant will be committed to the Bureau of Prisons on that

date, but will remain on pre-trial release until designation of a specific medical facility;

b. The Speedy Trial Act is tolled for the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency as set forth under 18 U.S.C. § 3161 (h)(1)(A) and (h)(4).

c. SETS a further status conference on November 29, 2021, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **June 24, 2021**

_____
UNITED STATES DISTRICT JUDGE