1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MICHAEL G. TIERNEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,          Case No: 1:18-CR-00086-NONE-SKO

12                    Plaintiff,

13            v.                       **STIPULATION AND ORDER TO CONTINUE
                                       STATUS CONFERENCE**
14  SAWTANTRA CHOPRA,

15                    Defendant.

16

17

18                         **BACKGROUND**

19        In February 2021, the Court ordered defendant Sawtantra Chopra committed to the custody of

20  the Attorney General for hospitalization pursuant to 18 U.S.C. § 4241(d)(1) "for treatment and a

21  determination of whether there is a substantial probability that he will attain the capacity to permit this action

22  to continue in the foreseeable future." Doc. 54 at 3. The Court's order contemplated that the defendant's

23  time in custody would begin in July 2021 and would not exceed four months. *Id.* The Court therefore

24  set a status conference on December 3, 2021. Doc. 56.

25        On November 24, 2021, the Court extended Chopra's period of custody pursuant to BOP request

26  for a period not to exceed 120 days.

27

28
                                   1

1  The parties therefore agree that the Court should continue the status conference in this matter to

2  April 8, 2022.

3  The parties agree that under the Speedy Trial Act, the period during which Defendant's

4  competency is being evaluated and efforts are being made to restore him to competency is excluded as set

5  forth under 18 U.S.C. § 3161(h)(1)(A) and (h)(4), through and including April 8, 2022.

6

7  IT IS SO STIPULATED.

8

9  Dated: November 30, 2021                    y: /s/ Anthony P. Cappozi
                                               Anthony P. Capozzi
10                                             Attorney for Defendant
                                               SAWTANTRA CHOPRA
11

12 Dated: November 30, 2021                    By: /s/ Michael D. Chaney
                                               Michael D. Chaney
13                                             Attorney for Defendant
                                               SAWTANTRA CHOPRA
14

15 Dated: November 30, 2021                    PHILLIP A. TALBERT
                                               Acting United States Attorney
16

17                                             By: /s/ Michael G. Tierney
                                               Michael G. Tierney
18                                             Assistant U.S. Attorney

19

20 The Court therefore:

21     1) ORDERS that under the Speedy Trial Act, the period during which Defendant's competency

22        is being evaluated and efforts are being made to restore him to competency is excluded as set forth

           under 18 U.S.C. § 3161(h)(1)(A) and (h)(4), through and including April 8, 2022; and

23     2) SETS a further status conference on April 8, 2022.

24

25 IT IS SO ORDERED.

26     Dated:   **December 1, 2021**          _____
                                               UNITED STATES DISTRICT JUDGE
27

28
                                               2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3