PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:18-CR-00086-JLT-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| SAWTANTRA CHOPRA, | |
| Defendant. | |

## BACKGROUND

In February 2021, the Court ordered defendant Sawtantra Chopra committed to the custody of the Attorney General for hospitalization pursuant to 18 U.S.C. § 4241(d)(1) "for treatment and a determination of whether there is a substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future." Doc. 54 at 3. The Court's order contemplated that the defendant's time in custody would begin in July 2021 and would not exceed four months. *Id.* The Court therefore set a status conference on December 3, 2021. Doc. 56.

On November 24, 2021, the Court extended Chopra's period of custody pursuant to BOP request for a period not to exceed 120 days. The Court accordingly set a status conference in this matter on April 8, 2022.

1

In a letter accompanying the request for extension, BOP officials indicated that a report regarding Chopra's competency would be forthcoming "approximately two weeks" after custody ceased. The parties anticipate that they will require additional time to review and consider the BOP's report. Accordingly, they request that the Court continue the status conference to May 6, 2022.

The parties agree that under the Speedy Trial Act, the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency is excluded as set forth under 18 U.S.C. § 3161(h)(1)(A) and (h)(4), through and including May 6, 2022.

IT IS SO STIPULATED.

Dated: April 5, 2022      y: /s/ Anthony P. Cappozi
                          Anthony P. Capozzi
                          Attorney for Defendant
                          SAWTANTRA CHOPRA

Dated: April 5, 2022      By: /s/ Michael D. Chaney
                          Michael D. Chaney
                          Attorney for Defendant
                          SAWTANTRA CHOPRA

Dated: April 5, 2022      PHILLIP A. TALBERT
                          United States Attorney

                          By: /s/ Michael G. Tierney
                          Michael G. Tierney
                          Assistant U.S. Attorney

///
///
///
///
///
///
///

The Court therefore:

1) ORDERS that under the Speedy Trial Act, the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency is excluded as set forth under 18 U.S.C. § 3161(h)(1)(A) and (h)(4), through and including May 6, 2022; and

2) SETS a further status conference on May 6, 2022.

IT IS SO ORDERED.

Dated:   **April 5, 2022**


UNITED STATES DISTRICT JUDGE