ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SAWTANTRA CHOPRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

|  |  |
|---|---|
| UNITED STATES OF AMERICA.<br><br>Plaintiff,<br><br>v.<br><br>SAWTANTRA CHOPRA,<br><br>Defendant. | CASE NO.: 1:18-CR-00086-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## BACKGROUND

In February 2021, the Court ordered defendant Sawtantra Chopra committed to the custody of the Attorney general for hospitalization pursuant to 18 U.S.C. § 4241 (d)(1) "for the treatment and determination of whether there is substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future."  Doc. 54 at 3.  The Court's order contemplated that the defendant's' time in custody would begin in July 2021 and would not exceed four months. *Id*.  The Court therefore set a status conference on December 3, 2021.  Doc. 56.

On November 24, 2021, the Court extended Chopra's period of custody pursuant to BOP requests for a period not to exceed 120 days. The Court accordingly set a status conference in this matter on April 8, 2022.

In a letter accompanying the request for extension, BOP officials indicated that a report regarding Chopra's competency would be forthcoming "approximately two weeks" after custody ceased. The parties anticipate that they will require additional time to review and consider the BOP's report. To date a report has not been received from the Bureau of Prisons. Accordingly, it is requested that the Court continue the status conference to July 15, 2022, at 9:00 am.

The parties agree that under the Speedy Trial Act, the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency is excluded as set forth under 18 U.S.C. § 3161 (h)(1)(A) and (h)(4), through and including July 15, 2022.

IT IS SO STIPULATED.

DATED:     April 25, 2022,     BY: */s/ Anthony P. Capozzi*_____
                               ANTHONY P. CAPOZZI, Attorney for
                               SAWTANTRA CHOPRA

DATED:     April 25, 2022,     BY: */s/ Michael D. Chaney*_____
                               MICHAEL D. CHANEY, Attorney for
                               SAWTANTRA CHOPRA

DATE:      April 25, 2022,     BY: */s/ Michael G. Tierney*_____
                               MICHAEL G. TIERNEY
                               Assistant United States Attorney

The Court therefore:

1) ORDERS that under the Speedy Trial Act, the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency is excluded as set forth under 18 U.C.S. § 3161 (h)(1)(A) and (h)(4), through and including July 15, 2022; and

2) SETS a further status conference on July 15, 2022.

IT IS SO ORDERED.

Dated:   **April 27, 2022**

UNITED STATES DISTRICT JUDGE