ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:   (559) 221-7997
E-Mail:      Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SAWTANTRA CHOPRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.: 1:18-CR-00086-JLT-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| SAWTANTRA CHOPRA, | |
| Defendant. | |

## BACKGROUND

In February 2021, the Court ordered defendant Sawtantra Chopra committed to the custody of the Attorney general for hospitalization pursuant to 18 U.S.C. § 4241 (d)(1) "for the treatment and determination of whether there is substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future." Doc. 54 at 3. The Court's order contemplated that the defendant's' time in custody would begin in July 2021 and would not exceed four months. *Id*. The Court therefore set a status conference on December 3, 2021. Doc. 56.

On November 24, 2021, the Court extended Chopra's period of custody pursuant to BOP requests for a period not to exceed 120 days. The Court accordingly set a status conference in this matter on April 9, 2022.

In a letter accompanying the request for extension, BOP officials indicated that a report regarding Chopra's competency would be forthcoming "approximately two weeks" after custody ceased. A status conference was set for July 15, 2022. The Competency Report was received by both parties on June 30, 2022. A status conference was continued to October 6, 2022. Additional is now needed to review and consider the BOP Report.

The parties agree to continue the October 6, 2022, status conference to January 20, 2023, at 9:00 am.

The parties agree that under the Speedy Trial Act, the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency and time to review the BOP Report be excluded as set forth under 18 U.S.C § 3161 (h)(1)(A) and (h)(4), through and including January 20, 2022, at 9:00 am.

IT IS SO STIPULATED.

DATED: September 27, 2022,     BY: */s/ Anthony P. Capozzi*
                               ANTHONY P. CAPOZZI, Attorney for
                               SAWTANTRA CHOPRA

DATED: September 27, 2022,     BY: */s/ Michael D. Chaney*
                               MICHAEL D. CHANEY, Attorney for
                               SAWTANTRA CHOPRA

DATED: September 27, 2022,     BY: */s/ Michael G. Tierney*
                               MICHAEL G. TIERNEY
                               Assistant United States Attorney

Case 1:18-cr-00086-JLT-SKO   Document 69   Filed 09/28/22   Page 3 of 3

The Court therefore Orders:

1) That the status conference of October 5, 2022, be vacated.

2) That under the Speedy Trial Act, the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency and time to review the BOP Report is excluded as set forth under 18 U.C.S. § 3161 (h)(1)(A) and (h)(4), through and including January 20, 2023; and

3) SETS a further status conference on January 20, 2023.

IT IS SO ORDERED.

Dated:   **September 28, 2022**                    _____
UNITED STATES DISTRICT JUDGE