ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com


Attorney for Defendant,
SAWTANTRA CHOPRA

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

******

|  |  |
|---|---|
|  | ) CASE NO.: 1:18-CR-00086-JLT-SKO |
|  | ) |
|  | ) |
| UNITED STATES OF AMERICA. | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MAY 1, 2023, AT 10:00 AM.** |
| v. | ) |
| SAWTANTRA CHOPRA, | ) |
| Defendant. | ) |
|  | ) |

## BACKGROUND

In February 2021, the Court ordered defendant Sawtantra Chopra committed to the custody of the Attorney general for hospitalization pursuant to 18 U.S.C. § 4241 (d)(1) "for the treatment and determination of whether there is substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future."  Doc. 54 at 3.  The Court's order contemplated that the defendant's' time in custody would begin in July 2021 and would not exceed four months. *Id.*  The Court therefore set a status conference on December 3, 2021. Doc. 56.

On November 24, 2021, the Court extended Chopra's period of custody pursuant to BOP requests for a period not to exceed 120 days.  The Court accordingly set a status conference in this matter on April 9, 2022.

In a letter accompanying the request for extension, BOP officials indicated that a report regarding Chopra's competency would be forthcoming "approximately two weeks" after custody ceased.  A status conference was set for July 15, 2022.  The Competency Report was received by both parties on June 30, 2022.  A status conference was continued to October 6, 2022. Additional time was needed to review and consider the BOP Report and the report of each party. On September 28, 2021, the Court continued the status conference to January 20, 2023, for further review of the reports.

The parties agreed to continue the March 27, 2023, status conference to May 1, 2023, at 9:00 am to review the various reports and possible plea negotiations.

The parties have discussed a plea agreement and time is needed to go over the plea with the defendant.  The parties agree to continue the next status conference, for an entry of plea on May 1, 2023.

The parties agree that under the Speedy Trial Act, the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency and time to review the various reports and for plea negotiations be excluded as set forth under 18 U.S.C § 3161 (h)(1)(A) and (h)(4), through and including May 1, 2023, at 9:00 am.


IT IS SO STIPULATED.


DATED: March 22, 2023,          BY: */s/ Anthony P. Capozzi*_____
                                ANTHONY P. CAPOZZI, Attorney for
                                SAWTANTRA CHOPRA



DATED: March 22, 2023,          BY: */s/ Michael D. Chaney*_____
                                MICHAEL D. CHANEY, Attorney for
                                SAWTANTRA CHOPRA

DATED: March 22, 2023,        BY: */s/ Michael G. Tierney*_____
                              MICHAEL G. TIERNEY
                              Assistant United States Attorney

The Court therefore Orders:

1) That the status conference of March 27, 2023, be vacated.

2) That under the Speedy Trial Act, the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency and time to review the BOP Report and the report of each party and for plea negotiations is excluded as set forth under 18 U.C.S. § 3161 (h)(1)(A) and (h)(4), through and including May 1, 2023; and

3) The Court hereby sets a further status conference on May 1, 2023.

IT IS SO ORDERED.

Dated:   **March 23, 2023**

_____
UNITED STATES DISTRICT JUDGE