ANTHONY P. CAPOZZI, CSBN: 068525  
THE LAW OFFICE OF ANTHONY P. CAPOZZI  
1233 West Shaw Avenue, Suite 102  
Fresno, California 93711  
Telephone:     (559) 221-0200  
Facsimile:      (559) 221-7997  
E-Mail:          Anthony@ capozzilawoffices.com  
www.capozzilawoffices.com  

Attorney for Defendant,  
SAWTANTRA CHOPRA  

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>Plaintiff,<br><br>v.<br><br>SAWTANTRA CHOPRA,<br><br>Defendant. | CASE NO.: 1:18-CR-00086-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MAY 8, 2023.** |

# BACKGROUND

In February 2021, the Court ordered defendant Sawtantra Chopra committed to the custody of the Attorney general for hospitalization pursuant to 18 U.S.C. § 4241 (d)(1) "for the treatment and determination of whether there is substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future." Doc. 54 at 3. The Court's order contemplated that the defendant's' time in custody would begin in July 2021 and would not exceed four months. *Id*. The Court therefore set a status conference on December 3, 2021. Doc. 56.

On November 24, 2021, the Court extended Chopra's period of custody pursuant to BOP requests for a period not to exceed 120 days. The Court accordingly set a status conference in this matter on April 9, 2022.

In a letter accompanying the request for extension, BOP officials indicated that a report regarding Chopra's competency would be forthcoming "approximately two weeks" after custody ceased. A status conference was set for July 15, 2022. The Competency Report was received by both parties on June 30, 2022. The status conference was continued to October 6, 2022. Additional time was needed to review and consider the BOP Report and the report of each party. On September 28, 2021, the Court continued the status conference to January 20, 2023, for further review of the reports.

The parties agree to continue the May 1, 2023, status conference to May 8, 2023, at 10:00 am to review the various reports and possible plea negotiations.

The parties agree that under the Speedy Trial Act, the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency and time to review the various reports and for plea negotiations be excluded as set forth under 18 U.S.C § 3161 (h)(1)(A) and (h)(4), through and including May 8, 2023, at 10:00 am.

IT IS SO STIPULATED.


DATED: April 26, 2023,           BY: */s/ Anthony P. Capozzi*_____
                                 ANTHONY P. CAPOZZI, Attorney for
                                 SAWTANTRA CHOPRA


DATED: April 26, 2023,           BY: */s/ Michael D. Chaney*_____
                                 MICHAEL D. CHANEY, Attorney for
                                 SAWTANTRA CHOPRA


DATED: April 26, 2023,           BY: */s/ Michael G. Tierney*_____
                                 MICHAEL G. TIERNEY
                                 Assistant United States Attorney

The Court therefore Orders:

1) That the status conference of May 1, 2023, to May 8, 2023.

2) That under the Speedy Trial Act, the period during which Defendant's competency is being evaluated and efforts are being made to restore him to competency and time to review the BOP Report and the report of each party and for plea negotiations is excluded as set forth under 18 U.C.S. § 3161 (h)(1)(A) and (h)(4), through and including May 8, 2023.

IT IS SO ORDERED.

Dated:   **April 26, 2023**



UNITED STATES DISTRICT JUDGE