ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SAWTANTRA CHOPRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.: 1:18-CR-00086-JLT-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE OF SEPTEMBER 5, 2023** |
| v. | |
| SAWTANTRA CHOPRA, | |
| Defendant. | |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

     Defendant, Sawtantra Chopra by and through his Attorney, Anthony P. Capozzi and the United States of America, by and through the Assistant United States Attorney, Michael G. Tierney, stipulate in that the sentencing date of September 5, 2023, be vacated, and continued to October 30, 2023.  Said Stipulation is based upon the Declaration of Anthony P. Capozzi.

     I, Anthony P. Capozzi declare:

1. This attorney has been the attorney for Sawtantra Chopra since the inception of this case.

2. The defendant has been committed to the custody of the Attorney General of the United States for 240 days for mental health treatment pursuant to Title 18 U.S.C. § 4241 (d). On June 15, 2022, Dr. Chopra was found mentally competent to proceed.

3. On May 10, 2023, Dr. Chopra entered a plea pursuant to a plea agreement with sentencing set for September 5, 2023.  (Docket #79)

4. This attorney has jury trials set in the Fresno County Superior Court in the following case:

    a. People v. Rodriguez, Paul, Case No. M19925929 set for August 1, 2023.

    b. People v. Simpkins, Terry, Case No. F19908312 set for August 1, 2023, which is expected to go for at least 10 to 12 days.

    c. People v. Gomez, Joe, Case No. F21903570, set for August 29, 2023, which is expected to go on for at least two weeks.

5. Considering the above cases, this attorney will not be able to respond to the Presentence Report for the informal and formal objections prior to September 5, 2023, Sentencing date.

6. It is respectfully requested that the Sentencing date be continued to 10/30/23.

Respectfully submitted,

  /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI, Declarant
Attorney for SAWTANTRA CHOPRA

## ORDER

It is hereby ordered that the Sentencing Date of September 5, 2023, be vacated and a new Sentencing Date be set for October 30, 2023.

IT IS SO ORDERED.

Dated:   **July 25, 2023**

UNITED STATES DISTRICT JUDGE