ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:      (559) 221-0200
Facsimile:       (559) 221-7997
E-Mail:           Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SAWTANTRA CHOPRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.: 1:18-CR-00086-JLT-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE OF OCTOBER 30, 2023** |
| v. | |
| SAWTANTRA CHOPRA, | |
| Defendant. | |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

Defendant, Sawtantra Chopra by and through his Attorney, Anthony P. Capozzi and the United States of America, by and through the Assistant United States Attorney, Michael G. Tierney, stipulate that the sentencing date of October 30, 2023, be vacated, and continued to January 22, 2024.  Said Stipulation is based upon the Declaration of Anthony P. Capozzi.

I, Anthony P. Capozzi declare:

1. This attorney has been the attorney for Sawtantra Chopra since the inception of this case.

2. The defendant has been committed to the custody of the Attorney General of the United States for 240 days for mental health treatment pursuant to Title 18 U.S.C. § 4241 (d). On June 15, 2022, Dr. Chopra was found mentally competent to proceed.

3. On May 10, 2023, Dr. Chopra entered a plea pursuant to a plea agreement with sentencing set for September 5, 2023.  (Docket #79)

4. The Sentencing date was continued to October 30, 2023, based on this attorney's jury trial set in the Fresno County Superior Court in the following cases (Docket #81):

    a. People v. Rodriguez, Paul, Case No. M19925929 set for August 1, 2023.

    b. People v. Simpkins, Terry, Case No. F19908312 set for August 1, 2023, which is expected to go for at least 10 to 12 days.

    c. People v. Gomez, Joe, Case No. F21903570, set for August 29, 2023, which is expected to go on for at least two weeks.

5. The case on People v. Simpkins, was continued to October 24, 2023, due to an injury to the Deputy District Attorney.  The case is now projected to last from 10 to 15 days which will interfere with the sentencing date of October 30, 2023.

6. It is respectfully requested that the Sentencing Date be continued to January 22, 2024, at 10:00 a.m.

Dated: October 16, 2023,    By:  /s/ Anthony P. Capozzi
                                 ANTHONY P. CAPOZZI, Declarant
                                 Attorney for SAWTANTRA CHOPRA

Dated: October 16, 2023,    By:  /s/ Michael G. Tierney
                                 MICHAEL G. TIERNEY
                                 Assistant United State Attorney

**ORDER**

It is hereby ordered that the Sentencing Date of October 30, 2023, be vacated and a new Sentencing Date be set for January 22, 2024. **The Court does not anticipate granting another continuance in this case.**

IT IS SO ORDERED.

Dated:   **October 16, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE