ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SAWTANTRA CHOPRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>Plaintiff,<br><br>v.<br><br>SAWTANTRA CHOPRA,<br><br>Defendant. | CASE NO.: 1:18-CR-00086-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE OF January 22, 2024** |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

    Defendant, Sawtantra Chopra by and through his Attorney, Anthony P. Capozzi and the United States of America, by and through the Assistant United States Attorney, Michael G. Tierney, stipulate that the sentencing date of January 22, 2024, be vacated, and continued to April 22, 2024.  Said Stipulation is based upon the Declaration of Anthony P. Capozzi.

    I, Anthony P. Capozzi declare:

1. This attorney has been the attorney for Sawtantra Chopra since the inception of this case.

2. The defendant had been committed to the custody of the Attorney General of the United States for 240 days for mental health treatment pursuant to Title 18 U.S.C. § 4241 (d). On June 15, 2022, Dr. Chopra was found mentally competent to proceed.

3. On May 10, 2023, Dr. Chopra entered a plea pursuant to a plea agreement with sentencing set for September 5, 2023. (Docket #79)

4. Dr. Chopra has been diagnosed with Covid and will not be able to attend the court hearing on January 22, 2024.

It is respectfully requested that the Sentencing Date be continued to April 22, 2024, at 10:00 a.m.

Dated: January 16, 2024,   By: __/s/ Anthony P. Capozzi_____
ANTHONY P. CAPOZZI, Declarant
Attorney for SAWTANTRA CHOPRA

Dated: January 16, 2024,   By: __/s/ Michael G. Tierney_____
MICHAEL G. TIERNEY
Assistant United State Attorney

## **ORDER**

It is hereby ordered that the Sentencing Date of January 22, 2024, be vacated and a new Sentencing Date be set for April 22, 2024.

IT IS SO ORDERED.

Dated:   **January 17, 2024**

UNITED STATES DISTRICT JUDGE