ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SAWTANTRA CHOPRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.: 1:18-CR-00086-JLT-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE OF APRIL 22, 2024** |
| v. | |
| SAWTANTRA CHOPRA, | |
| Defendant. | |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

    Defendant, Sawtantra Chopra by and through his Attorney, Anthony P. Capozzi, and the United States of America, by and through the Assistant United States Attorney, Michael G. Tierney, stipulate that the sentencing date of April 22, 2024, be vacated, and continued to August 12, 2024.  Said Stipulation is based upon the Declaration of Anthony P. Capozzi.

    I, Anthony P. Capozzi, declare:

    1.    This attorney has been the attorney for Sawtantra Chopra since the inceptions of this case.

2. The defendant had been committed to the custody of the Attorney General of the United States for 240 days for mental health treatment pursuant to Title 18 U.S.C. § 42451 (d). On June 15, 2022, Dr. Chopra was found mentally competent to proceed.

3. On May 10, 2023, Dr. Chopra entered a plea pursuant to a plea agreement with sentencing set for September 5, 2023. (Docket #79)

4. Dr. Chopra is 77 years old and had been diagnosed with Covid and notified this office that he has complications and is unable to travel at this point in time.

It is respectfully requested that the Sentencing Date be continued to August 12, 2024, at 10:00 a.m.

I declare under penalty and perjury under the law of the State of California that the foregoing it true and correct.

Executed on the 12th day of April 2024, at Fresno, California.

Respectfully submitted,

BY: /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI, Attorney for
SAWTANTRA CHOPRA

**IT IS SO STIPULATED**.

DATED: April 12, 2024,    BY: /s/ Michael G. Tierney
MICHAEL G. TIERNEY
Assistant United States Attorney

**ORDER**

It is hereby ordered that the Sentencing Date of April 22, 2024, be vacated and a new Sentencing Date be set for August 12, 2024.

DATED:  April 15, 2024          BY:  _____
                                     UNITED STATES DISTRICT JUDGE