# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00086-JLT-SKO |
| Plaintiff, | ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETIES |
| v. | |
| SAWTANTRA CHOPRA, | **FOURTEEN DAY DEADLINE** |
| Defendant. | |

A detention hearing as to Defendant Sawtantra Chopra was held on April 27, 2018. (ECF No. 10.) Defendant was ordered released with conditions, including surrendering his passport and securing a $200,000 cash bond. (ECF No. 13.) On May 1, 2018, the following eight individuals posted an aggregate cash bond in the amount of $200,000: Pal Singh in the amount of $9,000.00 (RECEIPT number #CAE100038913); Aruna Chopra in the amount of $20,000.00 (RECEIPT number #CAE100038914); Daljeet S Mann in the amount of $85,000.00 (RECEIPT number #CAE100038915); Jagpreet Multani in the amount of $9,000.00 (RECEIPT number #CAE100038916); Santokh Multani in the amount of $9,000.00 (RECEIPT number #CAE100038917); Rajvinder Sandhu in the amount of $20,000.00, (RECEIPT number #CAE100038918); Kirpal Sandhu in the amount of $28,000.00 (RECEIPT number #CAE100038919); Atwal Inc in the amount of $20,000.00 (RECEIPT number #CAE100038920). Defendant was advised that the bond "will be satisfied and the security will

1

be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 12 at 2.)

On May 8, 2023, Defendant pleaded guilty to three charged offenses. (ECF No. 78.) On September 9, 2024, Defendant was sentenced to time served, and thus was not ordered to report to serve a sentence. (ECF No. 95.) On October 17, 2024, Defendant's passport was returned to Defendant. (ECF No. 96.)

Given Defendant was sentenced to time served in this matter, the Court shall order the Government to show cause in writing withing **fourteen (14) days** of entry of this order why the $200,000 appearance bond should not be released to the sureties. If the Government does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court directing the Clerk of Court to return the bond to the address of the sureties on file.

IT IS SO ORDERED.

Dated:   **June 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge