# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAWTANTRA CHOPRA,<br><br>Defendant. | Case No. 1:18-cr-00086-JLT-SKO<br><br>ORDERING EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETIES |

A detention hearing as to Defendant Sawtantra Chopra was held on April 27, 2018. (ECF No. 10.) Defendant was ordered released with conditions, including surrendering his passport and securing a $200,000 cash bond. (ECF No. 13.) On May 1, 2018, the following eight individuals posted an aggregate cash bond in the amount of $200,000: Pal Singh in the amount of $9,000.00 (RECEIPT number #CAE100038913); Aruna Chopra in the amount of $20,000.00 (RECEIPT number #CAE100038914); Daljeet S Mann in the amount of $85,000.00 (RECEIPT number #CAE100038915); Jagpreet Multani in the amount of $9,000.00 (RECEIPT number #CAE100038916); Santokh Multani in the amount of $9,000.00 (RECEIPT number #CAE100038917); Rajvinder Sandhu in the amount of $20,000.00, (RECEIPT number #CAE100038918); Kirpal Sandhu in the amount of $28,000.00 (RECEIPT number #CAE100038919); Atwal Inc in the amount of $20,000.00 (RECEIPT number #CAE100038920). Defendant was advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 12 at 2.)

On May 8, 2023, Defendant pleaded guilty to three charged offenses. (ECF No. 78.) On September 9, 2024, Defendant was sentenced to time served, and thus was not ordered to report to serve a sentence. (ECF No. 95.) On October 17, 2024, Defendant's passport was returned to Defendant. (ECF No. 96.)

On June 23, 2025, the Court ordered that the Government show cause in writing why the bond should not be released to the sureties. (ECF No. 97.) On June 30, 2025, the Government filed a response, stating that it has no objection to the Court entering an order to return the $200,000 appearance bond to the sureties on file. (ECF No. 98.)

The Court finds Sawtantra Chopra has complied with the conditions of his bond and that no conditions remain to be satisfied.

Accordingly, IT IS ORDERED THAT the $200,000 cash bond posted by the sureties on behalf of Sawtantra Chopra is exonerated.

The Clerk of Court is DIRECTED to serve a copy of this order and return the respective cash bond to each of the following sureties at the addresses on record:

1. Pal Singh in the amount of $9,000.00;
2. Aruna Chopra in the amount of $20,000.00;
3. Daljeet S Mann in the amount of $85,000.00;
4. Jagpreet Multani in the amount of $9,000.00;
5. Santokh Multani in the amount of $9,000.00;
6. Rajvinder Sandhu in the amount of $20,000.00;
7. Kirpal Sandhu in the amount of $28,000.00; and
8. Atwal Inc in the amount of $20,000.00.

IT IS SO ORDERED.

Dated: **July 1, 2025**

STANLEY A. BOONE
United States Magistrate Judge